### UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES A. FROST, | ) |
| Appellant | ) Case No. 13-7139 |
| v. | ) |
| THE CATHOLIC UNIVERSITY OF AMERICA, et. al, | ) |
| Appellees | ) |

### **CORPORATE DISCLOSURE CERTIFICATE REQUIRED BY DC CIRCUIT RULE 26.1**

Pursuant to the Federal Rule of Appellate Procedure 26.1 and DC Circuit Rule 26.1, Appellees provide the following corporate disclosure statement: The Catholic University of America is a District of Columbia non-profit corporation that has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Dated: October 18, 2013          Respectfully submitted,

/s/ John T. Bergin, Esq.
John T. Bergin, Esq. (DC Bar No. 448975)
SHAPIRO LIFSCHITZ & SCHRAM, P.C.
1742 N Street, NW
Washington, DC  20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)
Bergin@slslaw.com
*Attorney for Appellees*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day of October 18, 2013, I mailed the foregoing document to the Plaintiff at his last known address as it appears on his Line of Change of Address, James A. Frost, Esq., 73 Bugler's Way, P.O. Box 389, Falling Waters, WV 25419.

                                           Respectfully Submitted,

                                           /s/ John T. Bergin, Esq.
                                           John T. Bergin, Esq. (DC Bar No. 448975)
                                           SHAPIRO LIFSCHITZ & SCHRAM, P.C.
                                           1742 N Street, NW
                                           Washington, DC  20036
                                           (202) 689-1900 (telephone)
                                           (202) 689-1901 (facsimile)
                                           Bergin@slslaw.com
                                           *Attorney for Appellees*